IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NEXTRAQ, LLC, a Delaware Limited Liability Company, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>OMNITRACS, LLC, a Delaware limited liability company.<br><br>    Defendant. | Case No. 1:22-cv-06720<br>Honorable Matthew F. Kennelly |

## MOTION FOR LEAVE TO FILE
## FIRST AMENDED CLASS ACTION COMPLAINT

Plaintiff, NexTraq, LLC ("NexTraq") moves the Court, pursuant to Fed. R. Civ. P. 15(a), for leave to file a First Amended Complaint in order to add a new claim for tortious interference with contract against an unknown co-defendant. A copy of NexTraq's First Amended Complaint is attached as Exhibit A. Rule 15(a)(2) provides that leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a)(2). Justice requires leave to amend here.

On or about October 7, 2022, an unidentified party purchased the VisTracks assets, including the ELD product, from Omnitracs. This party acquired the assets alone and not the on-going Agreements to supply ELD services. The party provided a temporary license to Omnitracs to continue supplying ELD services only through December 31, 2022, rather than through the Agreements' terms, even though the unknown party knew the Agreements' terms extended beyond December 31, 2022.

This ensured a breach of the Agreements. Omnitracs refuses to identify this person or entity, leaving the identity of the wrongdoer unknown to NexTraq.

NexTraq's First Amended Complaint adds a tortious interference claim against this party. NexTraq sues this Defendant by the fictitious name John Doe. When the true name, involvement, and capacity of this party is ascertained through discovery, NexTraq will seek leave to amend this First Amended Complaint to add its identity and additional details. The First Amended Complaint also eliminates Count II, which it previously dismissed without prejudice.

Before filing this Motion and the attached First Amended Complaint, NexTraq contacted Omnitracs to ask whether it would object to the filing. Omnitracs opposes the Motion for Leave to Amend on the grounds it contends the amendment is futile.

WHEREFORE, NexTraq respectfully requests the Court grant it leave to file the First Amended Complaint.

Dated: March 13, 2023.	Respectfully submitted,

*s/ Peter W. Herzog III*
Peter W. Herzog III
Wheeler Trigg O'Donnell LLP
211 N. Broadway, Suite 2825
St. Louis, MO 63102-2110
Telephone: 314.326.4128
Facsimile: 303.244.1879
Email: pherzog@wtotrial.com

Andrew S. Gehring
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: gehring@wtotrial.com

and

Joseph P. Carlasare
Amundsen Davis
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601
Telephone: 312.894.3200
Email: jcarlasare@amundsendavislaw.com

Attorneys for Plaintiff NexTraq, LLC and the proposed Class

## **CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on March 13, 2023, I electronically filed the foregoing **Motion for Leave to File First Amended Class Action Complaint** with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties.

*s/ Peter W. Herzog III*